

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARJIT MAHIL, an individual,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>OPTION CARE ENTERPRISES, INC., a Delaware corporation,<br><br>　　　　　　　　　　　Defendants. | Case No.: 3:20-cv-01559-BEN-MDD<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>[Doc. No. 4] |

The Court has considered Plaintiff Harjit Mahil ("Plaintiff") and Defendant Option Care Enterprises, Inc.'s ("Defendant") joint motion to extend time to respond to the Complaint. For good cause shown, the Motion is **GRANTED**. The Defendant shall have until October 5, 2020, to file its Answer or otherwise respond to the Complaint. No further continuances will be granted without just cause.

**IT IS SO ORDERED.**

Dated: August 31, 2020

　　　　　　　　　　　　　　　　　　　　**HON. ROGER T. BENITEZ**
　　　　　　　　　　　　　　　　　　　　United States District Judge